GALLIAN WELKER & ASSOCIATES, L.C.
Nathan E. Lawrence, NBN 15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
nlawrence@vegascase.com
*Attorneys for Defendant*
*SW North America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON INC., <br><br> Plaintiffs, <br><br> v. <br><br> SW NORTH AMERICA, INC., <br><br> Defendants. | Case No.:  2:22-cv-01773-JCM-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SW NORTH AMERICA, INC. TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** <br><br> **(First Request)** |

Pursuant to Fed. R. Civ. P. Rule 6(b)(1)(A) and LR IA 6-1, Plaintiffs SMITH & WESSON BRANDS, INC. and SMITH & WESSON INC. ("Plaintiffs" or "Smith & Wesson"), by and through the law offices of BALLARD SPAHR LLP, and Defendant SW NORTH AMERICA, INC. ("SWNA"), by and through the law offices of GALLIAN WELKER & ASSOCIATES, L.C.,  hereby stipulate and agree to extend the time for Defendant SWNA to file an answer or other responsive pleading to Smith & Wesson's Complaint up to and including December 5, 2022.  This is the first request to extend the responsive pleading deadline, and good cause exists for granting this extension, as the parties are attempting to effect a negotiated resolution of the instant matter.

/ / /

GALLIAN WELKER & ASSOCIATES, L.C.
730 Las Vegas Boulevard South, Suite 104
Las Vegas, Nevada 89101
Phone 702-892-3500

**I.     PROCEDURAL HISTORY**

1.     On October 20, 2022, Plaintiffs filed their Complaint [ECF No. 1], initiating this action.

2.     On October 21, 2022, the Court issued the summons as to SWNA, with service of process being effected on SWNA on October 25, 2022 [ECF No. 9]; accordingly, the initial deadline for a responsive pleading by SWNA is November 15, 2022.

3.     Pursuant to colloquy between respective counsel and ongoing efforts to achieve a negotiated resolution of the matter, the parties hereby submit the instant stipulation to extend the time for SWNA to file a responsive pleading.

**II.     LEGAL STANDARD**

Fed. R. Civ. P. Rule 6(b)(1) governs extensions of time and allows, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."   If additional time for any purpose is needed, the proper procedure is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D. Pa. 1962).

An extension of time may always be sought and is usually granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).   Also, a district court possesses the inherent power to control its own docket. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).   LR IA 6-1 additionally requires that a motion to extend time must state the reasons for the extension requested and will not be granted if requested after the expiration of the specified period unless the movant demonstrates that the failure to file the motion before the deadline expired resulted because of excusable neglect.

/ / /

/ / /

GALLIAN WELKER & ASSOCIATES, L.C.
730 Las Vegas Boulevard South, Suite 104
Las Vegas, Nevada 89101
Phone 702-892-3500

## III.   ARGUMENT

As noted above, this is the first request for an extension of time from the originally imposed deadline of November 15, 2022.  This extension is timely, presented to the Court prior the expiry of the noted deadline.  Counsel for the respective parties are in communication regarding the subject matter of the dispute and are endeavoring to negotiate an amicable settlement to avoid any necessity for furtherance of the instant litigation.  The continuing negotiation constitutes good cause for granting this request for extension of time up to and including December 5, 2022, for SWNA to file a responsive pleading.

**IT IS SO STIPULATED.**

DATED this 7th day of November 2022.

**GALLIAN WELKER & ASSOCIATES, L.C.**

_____
Nathan E. Lawrence, NBN 15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
nlawrence@vegascase.com
*Attorneys for Defendant*
*SW North America, Inc.*

DATED this 7th day of November 2022.

**BALLARD SPAHR LLP**

/s/ Andrew S. Clark_____
Joel E. Tasca, NBN 14124
Andrew S. Clark, NBN 14854
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702-471-7000
Facsimile: 702-471-7070
tasca@ballardspahr.com
clarkas@ballardspahr.com
*Attorneys for Smith & Wesson Brands, Inc.,*
*Smith & Wesson Inc.*

**IT IS SO ORDERED.**

DATED:  November 7, 2022
       _____

_____
UNITED STATES MAGISTRATE JUDGE

GALLIAN WELKER & ASSOCIATES, L.C.
730 Las Vegas Boulevard South, Suite 104
Las Vegas, Nevada 89101
Phone 702-892-3500