Joel E. Tasca, Esq.
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

Hara K. Jacobs, Esq.
*Admitted Pro Hac Vice*
Noah S. Robbins, Esq.
*Admitted Pro Hac Vice*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

*Attorney for Plaintiffs Smith & Wesson Brands, Inc., Smith & Wesson Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SMITH & WESSON BRANDS, INC.; SMITH & WESSON INC., <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> SW NORTH AMERICA, INC., <br><br> Defendant/Counterclaimant. | CASE NO.  2:22-cv-01773-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COUNTERCLAIMS** <br><br> **(First Request)** |

Plaintiffs/Counterdefendants Smith & Wesson Brands, Inc. and Smith & Wesson Inc.'s response to Defendant/Counterclaimant SW North America's counterclaims is currently due on January 5, 2023.  Plaintiffs/Counterdefendants have requested, and Defendant/Counterclaimant has agreed, that Smith & Wesson Brands, Inc. and Smith & Wesson Inc. shall have up to and including January 17, 2023, to answer, move, or otherwise respond to Defendant/Counterclaimant's counterclaims, to provide time for Plaintiffs/Counterdefendants to investigate

DMFIRM #406097139 v1

Defendant/Counterclaimant's allegations and for the parties to discuss a potential early resolution of the claims asserted against Smith & Wesson Brands, Inc. and Smith & Wesson Inc.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: December 20, 2022

| BALLARD SPAHR LLP | GALLIAN WELKER & ASSOCIATES, L.C. |
|---|---|
| By: /s/ *Andrew S. Clark*<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Andrew S. Clark, Esq.<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>Hara K. Jacobs, Esq.<br>*Admitted Pro Hac Vice*<br>Noah S. Robbins, Esq.<br>*Admitted Pro Hac Vice*<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br><br>*Attorneys for Plaintiffs Smith & Wesson Brands, Inc., and Smith & Wesson Inc.* | By: /s/ *Nathan E. Lawrence*<br>Nathan Edward Lawrence, Esq.<br>730 Las Vegas Boulevard South<br>Suite 104<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant/Counterclaimant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 21, 2022