1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Andrew S. Clark
   Nevada Bar No. 14854
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  clarkas@ballardspahr.com

7  Hara K. Jacobs, Esq.
   *Admitted Pro Hac Vice*
8  Noah S. Robbins, Esq.
   *Admitted Pro Hac Vice*
9  BALLARD SPAHR LLP
   1735 Market Street, 51st Floor
10 Philadelphia, Pennsylvania 19103
   jacobsh@ballardspahr.com
11 robbinsn@ballardspahr.com

12 *Attorney for Plaintiffs/Counterdefendants Smith & Wesson Brands, Inc., Smith & Wesson Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SMITH & WESSON BRANDS, INC.; SMITH & WESSON INC., | CASE NO.  2:22-cv-01773-JCM-EJY |
| Plaintiffs/Counterdefendants, | **STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT** |
| v. | |
| SW NORTH AMERICA, INC., | |
| Defendant/Counterclaimant. | |

Plaintiffs/Counterdefendants Smith & Wesson Brands, Inc. and Smith & Wesson Inc. (collectively, "Smith & Wesson") and Defendant/Counterclaimant SW North America, Inc. ("SWNA"), by and through their respective undersigned counsel of record, HEREBY STIPULATE AND AGREE that pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and in the interest of judicial economy, Smith & Wesson may file an Amended Complaint.

1. Smith & Wesson will file an Amended Complaint by March 20, 2023.

DMFIRM #406955452 v1

2. SWNA will answer, move, or otherwise respond to the Amended Complaint by April 3, 2023.

Dated: March 7, 2023

| | |
|---|---|
| BALLARD SPAHR LLP | GALLIAN WELKER & ASSOCIATES, L.C. |
| By: /s/ *Joel Tasca* <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> Madeleine Coles, Esq. <br> Nevada Bar No. 16216 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 <br><br> Hara K. Jacobs, Esq. <br> *Admitted Pro Hac Vice* <br> Noah S. Robbins, Esq. <br> *Admitted Pro Hac Vice* <br> BALLARD SPAHR LLP <br> 1735 Market Street, 51st Floor <br> Philadelphia, Pennsylvania 19103 <br><br> *Attorneys for Plaintiffs/Counterdefendants Smith & Wesson Brands, Inc., and Smith & Wesson Inc.* | By: /s/ *Nathan Edward Lawrence* <br> Nathan Edward Lawrence, Esq. <br> Nevada Bar No. 15060 <br> 730 Las Vegas Blvd. S., Suite 104 <br> Las Vegas, Nevada 89101 <br><br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br><br> By: /s/ *Joel Z. Schwarz* <br> Joel Z. Schwarz, Esq. <br> Nevada Bar No. 9181 <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, Nevada 89118 <br><br> Daniel C. DeCarlo, Esq. <br> California Bar No. 160307 <br> *Admitted Pro Hac Vice* <br> 633 West 5th Street, Suite 4000 <br> Los Angeles, California 90071 <br><br> William G. Cravens, Esq. <br> Colorado Bar No. 54315 <br> *Admitted Pro Hac Vice* <br> 1700 Lincoln Street, Suite 4000 <br> Denver, Colorado 80603 <br><br> *Attorneys for Defendant/Counterclaimant SW North America, Inc.* |

**ORDER**

IT IS SO ORDERED:

[signature]

UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2023