UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON, INC., <br><br>Plaintiff, <br><br>v. <br><br>SW NORTH AMERICA, INC., <br><br>Defendant. | Case No. 2:22-cv-01773-JCM-EJY <br><br>**ORDER** |

Pending before the Court is the Joint Motion for Partial Stay of Discovery (ECF No. 61). In the Joint Motion, the parties agree the pending Motion to Dismiss is not case dispositive. Despite this fact, the parties also agree that engaging in expert and deposition discovery will be inefficient and unproductive until the scope of Plaintiff's claims is decided by the Court. Thus, the parties seek an order that permits their continued engagement in written discovery, but stays deposition and expert discovery until the Motion to Dismiss is resolved. The parties contend, and the Court agrees, this partial stay of discovery fulfills Fed. R. Civ. P. 1's goals to secure the just, speedy, and inexpensive determination of this proceeding.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion for Partial Stay of Discovery (ECF No. 61) is GRANTED.

IT IS FURTHER ORDERED that discovery is partially stayed until ten (10) days after the pending Motion to Dismiss is ruled upon by the Court. The stay applies such that no depositions can be set and no expert disclosures should be made unless (1) the parties expressly agree in writing to the contrary or (2) the Court so orders.

IT IS FURTHER ORDERED that within ten (10) days of the date on which the Court issues an Order resolving the pending Motion to Dismiss, the parties **must** file a discovery plan and proposed scheduling order that sets the deadlines for: adding parties or amending claims; completing written discovery (if any); issuing initial and rebuttal expert reports; taking expert depositions; taking

percipient witness depositions; filing future dispositive motions; and filing the proposed joint pretrial order.

IT IS FURTHER ORDERED that if the parties cannot agree on the scope of discovery allowed under this Order, or on the terms of the discovery plan and scheduling order due after the order resolving the pending Motion to Dismiss is filed, the parties **must** file a joint status report identifying the area or areas of dispute, followed by a succinct statement of each party's position.

Dated this 5th day of June, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE