1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Madeleine Coles
   Nevada Bar No. 16216
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  colesm@ballardspahr.com

7  Hara K. Jacobs, Esq.
   *Admitted Pro Hac Vice*
8  Noah S. Robbins, Esq.
   *Admitted Pro Hac Vice*
9  BALLARD SPAHR LLP
   1735 Market Street, 51st Floor
10 Philadelphia, Pennsylvania 19103
   jacobsh@ballardspahr.com
11 robbinsn@ballardspahr.com

12 *Attorney for Plaintiffs Smith & Wesson Brands, Inc.,*
   *Smith & Wesson Inc.*

13
                    UNITED STATES DISTRICT COURT
14
                         DISTRICT OF NEVADA
15

16 SMITH & WESSON BRANDS, INC.;          CASE NO.  2:22-cv-01773-JCM-EJY
   SMITH & WESSON INC.,
17                                        STIPULATION AND ORDER TO
        Plaintiffs,                       EXTEND DEADLINE FOR FILING
18                                        DISCOVERY PLAN AND PROPOSED
   v.                                     SCHEDULING ORDER
19
   SW NORTH AMERICA, INC.,
20
        Defendant.

21     Pursuant to this Court's Order Granting Joint Motion for Partial Stay of

22 Discovery [ECF No. 62], Plaintiffs Smith & Wesson Brands, Inc. and Smith &

23 Wesson Inc. (collectively, "Smith & Wesson") and Defendant SW North America, Inc.

24 ("SWNA") were directed to file a discovery plan and proposed scheduling order within

25 ten (10) days of the date on which the Court issued an order resolving the pending

26 motions to dismiss.  [ECF Nos. 34, 52].  As this Court issued an order resolving those

27 motions on July 5, 2023 [ECF No. 63], the Parties' discovery plan and proposed

28 scheduling order is currently due on July 17, 2023.

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

Smith & Wesson and SWNA, by and through their respective undersigned counsel of record, HEREBY STIPULATE AND AGREE to extend the time for filing the discovery plan and proposed scheduling order 14 days, until July 31, 2023. Counsel for Smith & Wesson seek this extension in good faith to accommodate the fact that lead counsel is currently out of the country and another attorney is presently attending to a family medical emergency.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  July 11, 2023

BALLARD SPAHR LLP                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Joel Tasca                                  By:  /s/ Joel Z. Schwarz
Joel E. Tasca, Esq.                                  Joel Z. Schwarz, Esq.
Nevada Bar No. 14124                                 Nevada Bar No. 9181
Madeleine Coles, Esq.                                6385 S. Rainbow Blvd., Suite 600
Nevada Bar No. 16216                                 Las Vegas, Nevada 89118
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135                              Daniel C. DeCarlo, Esq.
                                                     California Bar No. 160307
Hara K. Jacobs, Esq.                                 *Admitted Pro Hac Vice*
*Admitted Pro Hac Vice*                              633 West 5th Street, Suite 4000
Noah S. Robbins, Esq.                                Los Angeles, California 90071
*Admitted Pro Hac Vice*
BALLARD SPAHR LLP                                    William G. Cravens, Esq.
1735 Market Street, 51st Floor                       Colorado Bar No. 54315
Philadelphia, Pennsylvania 19103                     *Admitted Pro Hac Vice*
                                                     1700 Lincoln Street, Suite 4000
*Attorneys for Plaintiffs Smith & Wesson*            Denver, Colorado 80603
*Brands, Inc., and Smith & Wesson Inc.*
                                                     *Attorneys for Defendant SW North*
                                                     *America, Inc.*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED:  July 11, 2023