Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles, Esq.
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

Hara K. Jacobs, Esq.
*Admitted Pro Hac Vice*
Noah S. Robbins, Esq.
*Admitted Pro Hac Vice*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

*Attorneys for Plaintiffs Smith & Wesson Brands, Inc., Smith & Wesson Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON INC., <br><br> Plaintiffs, <br><br> v. <br><br> SW NORTH AMERICA, INC., <br><br> Defendant. | CASE NO. 2:22-cv-01773-JCM-EJY <br><br> **JOINT AMENDED DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> **SPECIAL SCHEDULING REVIEW REQUESTED** |

Plaintiffs Smith & Wesson Brands, Inc. and Smith & Wesson Inc. ("Plaintiffs") and Defendant SW North America, Inc. ("Defendant"), by and through their respective counsel of record, and pursuant to the Court's Order of July 11, 2023, Dkt. No. 65, hereby respectfully submit their proposed Joint Amended Discovery Plan and Scheduling Order.

DMFIRM #408685558 v1

The parties respectfully propose the following amended timetable for discovery, amending the deadlines set forth in the Discovery Plan and Scheduling Order [ECF No. 39] (the "Scheduling Order") as follows:

1. The deadline to amend the pleadings and add parties shall be **May 15, 2023** (no change from the Scheduling Order).

2. The discovery cut-off date shall be continued from August 14, 2023, to **February 12, 2024**.

3. The deadline to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2) shall be continued from June 13, 2023, to **December 13, 2023**.

4. The deadline to disclose rebuttal experts shall be continued from July 13, 2023, to **January 12, 2024**.

5. The deadline to file dispositive motions shall be continued from September 11, 2023, to **March 18, 2024**.

6. The deadline to file the joint pretrial order shall be continued from October 11, 2023, to **April 18, 2024**.  In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.

The parties respectfully submit the foregoing deadlines are reasonable and necessary given: (1) the partial stay of discovery that has been in effect during the pendency of dispositive motions; (2) the complexity of the issues to be the subject of discovery; and (3) the schedules of counsel and the parties.[1]

---

[1] In particular, Defendant's Nevada counsel is currently scheduled for a multi-week jury trial in a state court action commencing October 24, 2023.  The action is subject to Nevada's 5-year rule, such that trial cannot be continued.

Dated this 31st day of July, 2023.

| | |
|---|---|
| GALLIAN WELKER & ASSOCIATES, L.C. | BALLARD SPAHR LLP |
| By: */s/ Nathan E. Lawrence* <br> Nathan E. Lawrence, Esq. <br> Nevada Bar No. 15060 <br> 730 Las Vegas Blvd. S., Ste. 104 <br> Las Vegas, Nevada 89101 | By: */s/ Joel E. Tasca* <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> Madeleine Coles, Esq. <br> Nevada Bar No. 16216 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP. <br><br> */s/ Joel Z. Schwarz* <br> Joel Z. Schwarz, Esq. <br> Nevada Bar No. 9181 <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, Nevada 89118 <br><br> *Attorneys for Defendant SW North America, Inc.* | Hara K. Jacobs, Esq. <br> *Admitted Pro Hac Vice* <br> Noah S. Robbins, Esq. <br> *Admitted Pro Hac Vice* <br> Ballard Spahr LLP <br> 1735 Market Street, 51st Floor <br> Philadelphia, Pennsylvania 19103 <br><br> *Attorneys for Plaintiff Smith & Wesson Brands, Inc., Smith & Wesson Inc.* |

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2023