1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOEL Z. SCHWARZ
2  Nevada Bar No. 9181
   Joel.Schwarz@lewisbrisbois.com
3  633 West 5th Street, Suite 4000
   Los Angeles, California 90071
4  Telephone: 213.250.1800
   Facsimile: 213.250.7900
5
   DANIEL C. DECARLO
6  California Bar No. 160307
   *Admitted Pro Hac Vice*
7  Dan.DeCarlo@lewisbrisbois.com
   633 West 5th Street, Suite 4000
8  Los Angeles, California 90071
   Telephone: 213.250.1800
9  Facsimile: 213.250.7900

10 *Attorneys for Defendant/Counterclaimant SW North America, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| SMITH & WESSON BRANDS, INC., SMITH & WESSON, INC., | Case No. 2:22-cv-01773-JCM-EJY |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | **[FOURTH REQUEST]** |
| SW NORTH AMERICA, INC., | |
| Defendant. | |
| AND ALL RELATED CLAIMS | |

Pursuant to LR IA 6-1, LR 7-1, and LR 26-3, Plaintiffs SMITH & WESSON BRANDS, INC. and SMITH & WESSON, INC. ("Plaintiffs") and Defendant SW NORTH AMERICA, INC. ("Defendant"), by and through their respective counsel, stipulate to extend the dates set forth in the Joint Amended Discovery Plan and Scheduling Order [ECF No. 71] by sixty (60) days, up to and including *April 12, 2024*. This stipulation is the parties' fourth requested extension of dates. In support of this stipulation and request, the parties state as follows:



131736346.4

**A. DISCOVERY COMPLETED**

Plaintiffs' Initial Disclosures were served on January 31, 2023.

Defendant's Initial Disclosures also were served on January 31, 2023.

On March 15, 2023, Plaintiffs served a First Set of Interrogatories and a First Set of Requests for Production. Defendant served Objections and Answers to Plaintiffs' First Set of Interrogatories, Objections and Responses to Plaintiffs' First Set of Requests for Production, and a Privilege Log on May 8, 2023.

On April 5, 2023, Defendant served a First Set of Interrogatories to Plaintiff Smith & Wesson, Inc., a First Set of Interrogatories to Plaintiff Smith & Wesson Brands, Inc., and a First Set of Requests for Production to Plaintiffs. Plaintiffs served Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff Smith & Wesson, Inc., Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff Smith & Wesson Brands, Inc., and Responses and Objections to Defendant's First Set of Requests for Production to Plaintiff on May 31, 2023.

Pursuant to a June 5, 2023 Order [ECF No. 62] granting the parties' Joint Motion for Partial Stay of Discovery [ECF No. 61], expert discovery and all depositions were stayed pending the Court's resolution of Defendant's Motion to Dismiss [ECF No. 52]. The Order resolving the Motion to Dismiss was entered July 5, 2023 [ECF No. 63]. Since that time, counsel for the parties have met and conferred regarding the parties' respective written discovery responses and document productions. Those meetings led to settlement discussions between the parties, which as discussed below, have significantly progressed.

**B. DISCOVERY THAT REMAINS TO BE COMPLETED**

Initial and rebuttal expert witness disclosures and depositions.

Party and percipient witness depositions.

Additional written discovery.

Third-party subpoenas.



**C. REASONS WHY ADDITIONAL TIME IS NEEDED**

The parties are engaged in settlement negotiations, with counsel for the parties meeting on a weekly basis for the last month and exchanging regular email communications regarding settlement terms. The parties request an extension of all current deadlines to accommodate these ongoing negotiations, which will obviate the need for further discovery and dispositive motions if successful.

If the parties are unable to agree upon a settlement within the time requested herein, they will resume and complete discovery and file dispositive motions by the ~~proposed~~ deadlines.

This fourth request for an extension of time is not sought for delay or any other improper purpose. Rather, the parties seek this extension solely to allow sufficient time for settlement negotiations and, if necessary, to complete discovery and prepare their respective cases for trial. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the requested extension.

The following is a list of the current discovery deadlines and the parties' ~~proposed~~ extended deadlines:

| Scheduled Event | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Amend Pleadings or Add Parties | *May 15, 2023* | *Closed* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *December 13, 2023* | *February 12, 2024* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *January 12, 2024* | *March 13, 2024* |
| Discovery Cut-off | *February 12, 2024* | *April 12, 2024* |
| Dispositive Motions | *March 18, 2024* | *May 13, 2024* |
| Pretrial Order[1] | *April 18, 2024* | *June 12, 2024* |

---

[1] In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.



WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of February 12, 2024, up to and including April 12, 2024, and the other dates as outlined in accordance with the table above.

Dated: November 15, 2023

**BALLARD SPAHR LLP**

/**s**/ *Hara K. Jacobs*
JOEL E. TASCA
Nevada Bar No. 14124
tasca@ballardspahr.com
MADELEINE COLES
Nevada Bar No. 16216
colesm@ballardspahr.com
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel: 702.471.7000
Fax: 702.471.7070

HARA K. JACOBS
*Admitted Pro Hac Vice*
jacobsh@ballardspahr.com
NOAH S. ROBBINS, ESQ.
*Admitted Pro Hac Vice*
robbinsn@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103

*Attorneys for Plaintiffs*
*Smith & Wesson Brands, Inc.,*
*Smith & Wesson Inc.*

Dated: November 15, 2023

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/**s**/ *Joel Z. Schwarz*
JOEL Z. SCHWARZ
Nevada Bar No. 9181
joel.schwarz@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

DANIEL C. DECARLO
*Admitted Pro Hac Vice*
California Bar No. 160307
Dan.DeCarlo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Nathan E. Lawrence
Nevada Bar No. 15060
GALLIAN WELKER & ASSOCIATES, L.C.
730 Las Vegas Blvd. S., Suite 104
Las Vegas, NV 89101
nlawrence@vegascase.com

*Attorneys for Defendant SW North America, Inc.*

IT IS SO ORDERED.

**ORDER**

_____
U.S. MAGISTRATE JUDGE

DATED: November 15, 2023

