**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Joel.Schwarz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

DANIEL C. DECARLO
California Bar No. 160307
*Admitted Pro Hac Vice*
Dan.DeCarlo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant/Counterclaimant SW North America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SW NORTH AMERICA, INC., <br><br> Defendant. | Case No. 2:22-cv-01773-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **[FIFTH REQUEST]** |
| AND ALL RELATED CLAIMS | |

Pursuant to LR IA 6-1, LR 7-1, and LR 26-3, Plaintiffs SMITH & WESSON BRANDS, INC. and SMITH & WESSON, INC. ("Plaintiffs") and Defendant SW NORTH AMERICA, INC. ("Defendant"), by and through their respective counsel, stipulate to extend the dates set forth in Stipulation and Order to Extend Discovery Deadlines [ECF No. 78] by sixty (60) days, up to and including *June 11, 2024*. This stipulation is the parties' fifth requested extension of dates. In support of this stipulation and request, the parties state as follows:

135537282.2

### A. DISCOVERY COMPLETED

Plaintiffs' Initial Disclosures were served on January 31, 2023.

Defendant's Initial Disclosures also were served on January 31, 2023.

On March 15, 2023, Plaintiffs served a First Set of Interrogatories and a First Set of Requests for Production. Defendant served Objections and Answers to Plaintiffs' First Set of Interrogatories, Objections and Responses to Plaintiffs' First Set of Requests for Production, and a Privilege Log on May 8, 2023.

On April 5, 2023, Defendant served a First Set of Interrogatories to Plaintiff Smith & Wesson, Inc., a First Set of Interrogatories to Plaintiff Smith & Wesson Brands, Inc., and a First Set of Requests for Production to Plaintiffs. Plaintiffs served Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff Smith & Wesson, Inc., Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff Smith & Wesson Brands, Inc., and Responses and Objections to Defendant's First Set of Requests for Production to Plaintiff on May 31, 2023.

Pursuant to a June 5, 2023 Order [ECF No. 62] granting the parties' Joint Motion for Partial Stay of Discovery [ECF No. 61], expert discovery and all depositions were stayed pending the Court's resolution of Defendant's Motion to Dismiss [ECF No. 52]. The Order resolving the Motion to Dismiss was entered July 5, 2023 [ECF No. 63]. Since that time, counsel for the parties have met and conferred regarding the parties' respective written discovery responses and document productions. Those meetings led to settlement discussions between the parties, which as discussed below, have significantly progressed.

### B. DISCOVERY THAT REMAINS TO BE COMPLETED

Initial and rebuttal expert witness disclosures and depositions.

Party and percipient witness depositions.

Additional written discovery.

Third-party subpoenas.

### C. REASONS WHY ADDITIONAL TIME IS NEEDED

The parties have continued to engage in settlement negotiations, most recently exchanging draft proposed settlement terms on January 18, 2024, which were discussed in a call between counsel

on January 26, 2024. The parties request an extension of all current deadlines to accommodate these ongoing negotiations, which will obviate the need for further discovery and dispositive motions if successful.

The parties are now at a point where they anticipate either a settlement within the next thirty (30) days, or resumption and completion of discovery within the deadlines ~~proposed~~ herein.

This fifth request for an extension of time is not sought for delay or any other improper purpose. Rather, the parties seek this extension solely to allow sufficient time for settlement negotiations or, if necessary, to complete discovery and prepare their respective cases for trial.  The parties respectfully submit that the reasons set forth above constitute good cause, and to the extent applicable excusable neglect[1], for the requested extension.

The following is a list of the current discovery deadlines and the parties' ~~proposed~~ extended deadlines:

| Scheduled Event | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Amend Pleadings or Add Parties | *May 15, 2023* | *Closed* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *February 12, 2024* | *April  12, 2024* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *March 13, 2024* | *May 13, 2024* |
| Discovery Cut-off | *April 12, 2024* | *June 11, 2024* |
| Dispositive Motions | *May 13, 2024* | *July 12, 2024* |
| Pretrial Order[2] | *June 12, 2024* | *August 12, 2024* |

---

[1] The current deadline for initial expert disclosures is February 12, 2024. To avoid potentially unnecessary expert expenses, the parties have focused their efforts on continued settlement discussions. At this juncture, expert disclosures by February 12, 2024 are not feasible.

[2] In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.



1    WHEREFORE, the parties respectfully request that this Court extend the discovery period
2 by sixty (60) days from the current deadline of April 12, 2024 up to and including June 11, 2024,
3 and the other dates as outlined in accordance with the table above.

4 Dated: January 31, 2024                                        Dated: January 31, 2024

5 **BALLARD SPAHR LLP**                                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

6
7 /s/ *Hara K. Jacobs*                                           /s/ *Joel Z. Schwarz*
JOEL E. TASCA                                                   JOEL Z. SCHWARZ
Nevada Bar No. 14124                                            Nevada Bar No. 9181
8 tasca@ballardspahr.com                                         joel.schwarz@lewisbrisbois.com
MADELEINE COLES                                                 6385 S. Rainbow Boulevard, Suite 600
9 Nevada Bar No. 16216                                           Las Vegas, Nevada 89118
colesm@ballardspahr.com                                         Telephone: 702.893.3383
10 1980 Festival Plaza Drive, Suite 900                          Facsimile: 702.893.3789
11 Las Vegas, Nevada 89135
Tel: 702.471.7000                                               DANIEL C. DECARLO
12 Fax: 702.471.7070                                             *Admitted Pro Hac Vice*
                                                                California Bar No. 160307
13                                                               Dan.DeCarlo@lewisbrisbois.com
HARA K. JACOBS                                                  633 West 5th Street, Suite 4000
14 *Admitted Pro Hac Vice*                                       Los Angeles, California 90071
jacobsh@ballardspahr.com                                        Telephone: 213.250.1800
15 NOAH S. ROBBINS                                               Facsimile: 213.250.7900
*Admitted Pro Hac Vice*
16 robbinsn@ballardspahr.com                                     GALLIAN WELKER & ASSOCIATES, L.C.
                                                                NATHAN E. LAWRENCE
17 1735 Market Street, 51st Floor                                Nevada Bar No. 15060
Philadelphia, Pennsylvania 19103                                nlawrence@vegascase.com
18                                                               730 Las Vegas Blvd. S., Suite 104
*Attorneys for Plaintiffs*                                      Las Vegas, NV 89101
19 *Smith & Wesson Brands, Inc.,*
*Smith & Wesson Inc.*                                           *Attorneys for Defendant SW North America,*
20                                                               *Inc.*

21
                                                                **ORDER**
22
          IT IS SO ORDERED.
23
                                                                _____
24                                                              U.S. MAGISTRATE JUDGE

25
                                                                DATED: January 31, 2024
26
27
28

