1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOEL Z. SCHWARZ
2  Nevada Bar No. 9181
   Joel.Schwarz@lewisbrisbois.com
3  633 West 5th Street, Suite 4000
   Los Angeles, California 90071
4  Telephone: 213.250.1800
   Facsimile: 213.250.7900
5
   DANIEL C. DECARLO
6  California Bar No. 160307
   *Admitted Pro Hac Vice*
7  Dan.DeCarlo@lewisbrisbois.com
   633 West 5th Street, Suite 4000
8  Los Angeles, California 90071
   Telephone: 213.250.1800
9  Facsimile: 213.250.7900

10 *Attorneys for Defendant/Counterclaimant SW North America, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| SMITH & WESSON BRANDS, INC., SMITH & WESSON, INC., | Case No. 2:22-cv-01773-JCM-EJY |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | **[SIXTH REQUEST]** |
| SW NORTH AMERICA, INC., Defendant. | |
| AND ALL RELATED CLAIMS | |

Pursuant to LR IA 6-1, LR 7-1, and LR 26-3, Plaintiffs SMITH & WESSON BRANDS, INC. and SMITH & WESSON, INC. ("Plaintiffs") and Defendant SW NORTH AMERICA, INC. ("Defendant"), by and through their respective counsel, stipulate to extend the dates set forth in Stipulation and Order to Extend Discovery Deadlines [ECF No. 78] by sixty (60) days, up to and including *August 12, 2024*. This stipulation is the parties' fifth requested extension of dates. In support of this stipulation and request, the parties state as follows:

138448194.1

### A. DISCOVERY COMPLETED

Plaintiffs' Initial Disclosures were served on January 31, 2023.

Defendant's Initial Disclosures also were served on January 31, 2023.

On March 15, 2023, Plaintiffs served a First Set of Interrogatories and a First Set of Requests for Production. Defendant served Objections and Answers to Plaintiffs' First Set of Interrogatories, Objections and Responses to Plaintiffs' First Set of Requests for Production, and a Privilege Log on May 8, 2023.

On April 5, 2023, Defendant served a First Set of Interrogatories to Plaintiff Smith & Wesson, Inc., a First Set of Interrogatories to Plaintiff Smith & Wesson Brands, Inc., and a First Set of Requests for Production to Plaintiffs. Plaintiffs served Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff Smith & Wesson, Inc., Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff Smith & Wesson Brands, Inc., and Responses and Objections to Defendant's First Set of Requests for Production to Plaintiff on May 31, 2023.

Pursuant to a June 5, 2023 Order [ECF No. 62] granting the parties' Joint Motion for Partial Stay of Discovery [ECF No. 61], expert discovery and all depositions were stayed pending the Court's resolution of Defendant's Motion to Dismiss [ECF No. 52]. The Order resolving the Motion to Dismiss was entered July 5, 2023 [ECF No. 63]. Since that time, counsel for the parties have met and conferred regarding the parties' respective written discovery responses and document productions. Those meetings led to settlement discussions between the parties, which as discussed below, have significantly progressed.

### B. DISCOVERY THAT REMAINS TO BE COMPLETED

Initial and rebuttal expert witness disclosures and depositions.

Party and percipient witness depositions.

Additional written discovery.

Third-party subpoenas.

### C. REASONS WHY ADDITIONAL TIME IS NEEDED

As set forth in prior stipulations, the parties have continued to engage in settlement negotiations, exchanging multiple draft settlement term sheets. The settlement process has taken

longer than initially anticipated due to: (1) the complexity of the issues which the parties are attempting to resolve; (2) the fact that Defendant is a licensee of certain trademarks at issue in this case, with the licensor being Defendant's parent company located in Germany. Certain proposed settlement terms require consultation with the German parent company/licensor; and (3) certain proposed settlement terms require due diligence by Defendant to ensure, *inter alia,* that in resolving its dispute with Plaintiffs, Defendant will not encounter new trademark issues with other non-parties.

Counsel for the parties have remained in regular contact throughout the negotiation process, and this request for an extension of time is not sought for delay or any other improper purpose. Rather, the parties seek this extension solely to allow sufficient time for settlement negotiations or, if necessary, to complete discovery and prepare their respective cases for trial. The parties respectfully submit that the reasons set forth above constitute good cause, and to the extent applicable excusable neglect[1], for the requested extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Amend Pleadings or Add Parties | *May 15, 2023* | *Closed* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *April 12, 2024* | *June 11, 2024* |
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | *May 13, 2024* | *July 12, 2024* |
| Discovery Cut-off | *June 11, 2024* | *August 12, 2024* |
| Dispositive Motions | *July 12, 2024* | *September 10, 2024* |
| Pretrial Order[2] | *August 12, 2024* | *October 11, 2024* |

---

[1] The current deadline for initial expert disclosures is April 12, 2024. To avoid potentially unnecessary expert expenses, the parties have focused their efforts on continued settlement discussions. At this juncture, expert disclosures by April 12, 2024 are not feasible.

[2] In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the Court. (footnote continued)

1    WHEREFORE, the parties respectfully request that this Court extend the discovery period
2 by sixty (60) days from the current deadline of April 12, 2024 up to and including June 11, 2024,
3 and the other dates as outlined in accordance with the table above.

4  Dated: March 29, 2024                                              Dated: March 29, 2024

5  **BALLARD SPAHR LLP**                                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

6
7   /**s**/ *Hara K. Jacobs*                                          /**s**/  *Joel Z. Schwarz*
    JOEL E. TASCA                                                     JOEL Z. SCHWARZ
    Nevada Bar No. 14124                                              Nevada Bar No. 9181
8   tasca@ballardspahr.com                                            joel.schwarz@lewisbrisbois.com
    MADELEINE COLES                                                   6385 S. Rainbow Boulevard, Suite 600
9   Nevada Bar No. 16216                                              Las Vegas, Nevada 89118
    colesm@ballardspahr.com                                           Telephone: 702.893.3383
10  1980 Festival Plaza Drive, Suite 900                              Facsimile: 702.893.3789
11  Las Vegas, Nevada 89135
    Tel: 702.471.7000                                                 DANIEL C. DECARLO
12  Fax: 702.471.7070                                                 *Admitted Pro Hac Vice*
                                                                      California Bar No. 160307
13                                                                    Dan.DeCarlo@lewisbrisbois.com
    HARA K. JACOBS                                                    633 West 5th Street, Suite 4000
14  *Admitted Pro Hac Vice*                                           Los Angeles, California 90071
    jacobsh@ballardspahr.com                                          Telephone: 213.250.1800
15  NOAH S. ROBBINS                                                   Facsimile: 213.250.7900
    *Admitted Pro Hac Vice*
16  robbinsn@ballardspahr.com                                         GALLIAN WELKER & ASSOCIATES, L.C.
                                                                      NATHAN E. LAWRENCE
17  1735 Market Street, 51st Floor                                    Nevada Bar No. 15060
    Philadelphia, Pennsylvania 19103                                  nlawrence@vegascase.com
18                                                                    730 Las Vegas Blvd. S., Suite 104
    *Attorneys for Plaintiffs*                                        Las Vegas, NV 89101
19  *Smith & Wesson Brands, Inc.,*
    *Smith & Wesson Inc.*                                             *Attorneys for Defendant SW North America,*
20                                                                    *Inc.*

21
                                                                      **ORDER**
22
            IT IS SO ORDERED.
23
                                                                      _____
24                                                                    U.S. MAGISTRATE JUDGE
25
                                                                       DATED: April 1, 2024
26

27  ―――――――――――――――――
    The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in
28  the joint pretrial order.