**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Joel.Schwarz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

DANIEL C. DECARLO
California Bar No. 160307
*Admitted Pro Hac Vice*
Dan.DeCarlo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant/Counterclaimant SW North America, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SW NORTH AMERICA, INC., <br><br> Defendant. | Case No. 2:22-cv-01773-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **[SEVENTH REQUEST]** |
| AND ALL RELATED CLAIMS | |

Pursuant to LR IA 6-1, LR 7-1, and LR 26-3, Plaintiffs SMITH & WESSON BRANDS, INC. and SMITH & WESSON, INC. ("Plaintiffs") and Defendant SW NORTH AMERICA, INC. ("Defendant"), by and through their respective counsel, stipulate to extend the dates set forth in Stipulation and Order to Extend Discovery Deadlines [ECF No. 82] by sixty (60) days, up to and including *October 11, 2024*. This stipulation is the parties' seventh requested extension of dates. In support of this stipulation and request, the parties state as follows:

### A. DISCOVERY COMPLETED

Plaintiffs' Initial Disclosures were served on January 31, 2023.

Defendant's Initial Disclosures also were served on January 31, 2023.

On March 15, 2023, Plaintiffs served a First Set of Interrogatories and a First Set of Requests for Production. Defendant served Objections and Answers to Plaintiffs' First Set of Interrogatories, Objections and Responses to Plaintiffs' First Set of Requests for Production, and a Privilege Log on May 8, 2023.

On April 5, 2023, Defendant served a First Set of Interrogatories to Plaintiff Smith & Wesson, Inc., a First Set of Interrogatories to Plaintiff Smith & Wesson Brands, Inc., and a First Set of Requests for Production to Plaintiffs. Plaintiffs served Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff Smith & Wesson, Inc., Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff Smith & Wesson Brands, Inc., and Responses and Objections to Defendant's First Set of Requests for Production to Plaintiff on May 31, 2023.

Pursuant to a June 5, 2023 Order [ECF No. 62] granting the parties' Joint Motion for Partial Stay of Discovery [ECF No. 61], expert discovery and all depositions were stayed pending the Court's resolution of Defendant's Motion to Dismiss [ECF No. 52]. The Order resolving the Motion to Dismiss was entered July 5, 2023 [ECF No. 63]. Since that time, counsel for the parties have met and conferred regarding the parties' respective written discovery responses and document productions. Those meetings led to settlement discussions between the parties, which as discussed below, have significantly progressed.

### B. DISCOVERY THAT REMAINS TO BE COMPLETED

Initial and rebuttal expert witness disclosures and depositions.

Party and percipient witness depositions.

Additional written discovery.

Third-party subpoenas.

/ / /

/ / /

/ / /

### C. REASONS WHY ADDITIONAL TIME IS NEEDED

As set forth in prior stipulations, the parties have continued to engage in settlement negotiations, exchanging multiple draft settlement term sheets. The settlement process has taken longer than initially anticipated due to: (1) the complexity of the issues which the parties are attempting to resolve; (2) the fact that Defendant is a licensee of certain trademarks at issue in this case, with the licensor being Defendant's parent company located in Germany. Certain proposed settlement terms require consultation with the German parent company/licensor; and (3) certain proposed settlement terms require due diligence by Defendant to ensure, *inter alia,* that in resolving its dispute with Plaintiffs, Defendant will not encounter new trademark issues with other non-parties.

Counsel for the parties have remained in regular contact throughout the negotiation process, on May 23, 2024, counsel for Plaintiffs sent a proposed final settlement term sheet, and on May 24, 2024, counsel for the parties spoke by phone to discuss minor clarifications to the settlement term sheet. Within the next 7-10 days, the parties should know whether a settlement in principle will be reached, at which point they can prepare a written settlement agreement, or if it will be necessary to resume the litigation of the claims in this matter. As such, this request for an extension of time is not sought for delay or any other improper purpose. Rather, the parties seek this extension solely to allow sufficient time for settlement negotiations or, if necessary, to complete discovery and prepare their respective cases for trial. The parties respectfully submit that the reasons set forth above constitute good cause, and to the extent applicable excusable neglect[1], for the requested extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The current deadline for initial expert disclosures is June 11, 2024. To avoid potentially unnecessary expert expenses, the parties have focused their efforts on continued settlement discussions. At this juncture, expert disclosures by June 11, 2024 are not feasible.



The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Amend Pleadings or Add Parties | *May 15, 2023* | *Closed* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *June 11, 2024* | *August 12, 2024* |
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | *July 12, 2024* | *September 13, 2024* |
| Discovery Cut-off | *August 12, 2024* | *October 11, 2024* |
| Dispositive Motions | *September 10, 2024* | *November 12, 2024* |
| Pretrial Order[2] | *October 11, 2024* | *December 13, 2024* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[2] In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.

140827495.2 | 4 | Case No. 2:22-cv-01773-JCM-EJY
STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of August 12, 2024 up to and including October 11, 2024, and the other dates as outlined in accordance with the table above.

| | |
|---|---|
| Dated: May 29, 2024 | Dated: May 29, 2024 |
| **BALLARD SPAHR LLP** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ *Hara K. Jacobs* | /s/ *Joel Z. Schwarz* |
| JOEL E. TASCA<br>Nevada Bar No. 14124<br>tasca@ballardspahr.com<br>MADELEINE COLES<br>Nevada Bar No. 16216<br>colesm@ballardspahr.com<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Tel: 702.471.7000<br>Fax: 702.471.7070 | JOEL Z. SCHWARZ<br>Nevada Bar No. 9181<br>joel.schwarz@lewisbrisbois.com<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: 702.893.3383<br>Facsimile: 702.893.3789 |
| HARA K. JACOBS<br>*Admitted Pro Hac Vice*<br>jacobsh@ballardspahr.com<br>NOAH S. ROBBINS<br>*Admitted Pro Hac Vice*<br>robbinsn@ballardspahr.com<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103 | DANIEL C. DECARLO<br>*Admitted Pro Hac Vice*<br>California Bar No. 160307<br>Dan.DeCarlo@lewisbrisbois.com<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900 |
| *Attorneys for Plaintiffs*<br>*Smith & Wesson Brands, Inc.,*<br>*Smith & Wesson Inc.* | GALLIAN WELKER & ASSOCIATES, L.C.<br>NATHAN E. LAWRENCE<br>Nevada Bar No. 15060<br>nlawrence@vegascase.com<br>730 Las Vegas Blvd. S., Suite 104<br>Las Vegas, NV 89101<br>*Attorneys for Defendant SW North America, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 29, 2024