**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Joel.Schwarz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

DANIEL C. DECARLO
California Bar No. 160307
*Admitted Pro Hac Vice*
Dan.DeCarlo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant/Counterclaimant SW North America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SW NORTH AMERICA, INC., <br><br> Defendant. <br><br> AND ALL RELATED CLAIMS | Case No. 2:22-cv-01773-JCM-EJY <br><br> **STIPULATION AND ORDER TO VACATE DEADLINES AND STAY ACTION PENDING SETTLEMENT** |

Plaintiffs SMITH & WESSON BRANDS, INC. and SMITH & WESSON, INC. ("Plaintiffs") and Defendant SW NORTH AMERICA, INC. ("Defendant"), by and through their respective counsel, HEREBY STIPULATE AND AGREE:

1. Plaintiffs and Defendants have reached a settlement in principle that will resolve all claims in this action. The key terms of settlement are set forth in a settlement term sheet dated August 8, 2024. The parties agree that a formal settlement and release agreement will be prepared

1 by counsel, and upon completion and execution of the agreement, the parties will stipulate to the
2 dismissal of this action.

3     2.    In light of the parties' settlement, all deadlines set forth in the May 29, 2024
4 Stipulation and Order to Extend Discovery Deadlines [ECF No. 84] should be vacated.

5     3.    Counsel for the parties require sixty (60) days to complete and obtain party
6 signatures on the settlement agreement, and the parties therefore request a 60-day stay of all
7 proceedings in this matter.

| Dated: August 9, 2024 | Dated: August 9, 2024 |
|---|---|
| **BALLARD SPAHR LLP** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ *Hara K. Jacobs* | /s/ *Joel Z. Schwarz* |
| JOEL E. TASCA<br>Nevada Bar No. 14124<br>tasca@ballardspahr.com<br>MADELEINE COLES<br>Nevada Bar No. 16216<br>colesm@ballardspahr.com<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Tel: 702.471.7000<br>Fax: 702.471.7070<br><br>HARA K. JACOBS<br>*Admitted Pro Hac Vice*<br>jacobsh@ballardspahr.com<br>NOAH S. ROBBINS<br>*Admitted Pro Hac Vice*<br>robbinsn@ballardspahr.com<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br><br>*Attorneys for Plaintiffs*<br>*Smith & Wesson Brands, Inc.,*<br>*Smith & Wesson Inc.* | JOEL Z. SCHWARZ<br>Nevada Bar No. 9181<br>joel.schwarz@lewisbrisbois.com<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: 702.893.3383<br>Facsimile: 702.893.3789<br><br>DANIEL C. DECARLO<br>*Admitted Pro Hac Vice*<br>California Bar No. 160307<br>Dan.DeCarlo@lewisbrisbois.com<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900<br><br>GALLIAN WELKER & ASSOCIATES, L.C.<br>NATHAN E. LAWRENCE<br>Nevada Bar No. 15060<br>nlawrence@vegascase.com<br>730 Las Vegas Blvd. S., Suite 104<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendant SW North America, Inc.* |



**ORDER**

Having considered the Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The deadlines set forth in the May 29, 2024 Stipulation and Order to Extend Discovery Deadlines [ECF No. 84]; and

2. All proceedings in this action are stayed for a period of sixty (60) days from entry of this Order.

                                                                  _____
                                                                  U.S. MAGISTRATE JUDGE

                                                            DATED: _____

