**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Joel.Schwarz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

DANIEL C. DECARLO
California Bar No. 160307
*Admitted Pro Hac Vice*
Dan.DeCarlo@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant/Counterclaimant SW North America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SW NORTH AMERICA, INC.,<br><br>Defendant.<br><br>AND ALL RELATED CLAIMS | Case No. 2:22-cv-01773-JCM-EJY<br><br>**STIPULATION AND ORDER TO VACATE DEADLINES AND STAY ACTION PENDING SETTLEMENT** |

Plaintiffs SMITH & WESSON BRANDS, INC. and SMITH & WESSON, INC. ("Plaintiffs") and Defendant SW NORTH AMERICA, INC. ("Defendant"), by and through their respective counsel, HEREBY STIPULATE AND AGREE:

1. Plaintiffs and Defendants have reached a settlement in principle that will resolve all claims in this action. The key terms of settlement are set forth in a settlement term sheet dated August 8, 2024. The parties agree that a formal settlement and release agreement will be prepared

1 by counsel, and upon completion and execution of the agreement, the parties will stipulate to the
2 dismissal of this action.

3     2.    In light of the parties' settlement, all deadlines set forth in the May 29, 2024
4 Stipulation and Order to Extend Discovery Deadlines [ECF No. 84] should be vacated.

5     3.    Counsel for the parties require sixty (60) days to complete and obtain party
6 signatures on the settlement agreement, and the parties therefore request a 60-day stay of all
7 proceedings in this matter.

| | |
|---|---|
| Dated: August 9, 2024 | Dated: August 9, 2024 |
| **BALLARD SPAHR LLP** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /**s**/ *Hara K. Jacobs* | /**s**/ *Joel Z. Schwarz* |
| JOEL E. TASCA | JOEL Z. SCHWARZ |
| Nevada Bar No. 14124 | Nevada Bar No. 9181 |
| tasca@ballardspahr.com | joel.schwarz@lewisbrisbois.com |
| MADELEINE COLES | 6385 S. Rainbow Boulevard, Suite 600 |
| Nevada Bar No. 16216 | Las Vegas, Nevada 89118 |
| colesm@ballardspahr.com | Telephone: 702.893.3383 |
| 1980 Festival Plaza Drive, Suite 900 | Facsimile: 702.893.3789 |
| Las Vegas, Nevada 89135 | |
| Tel: 702.471.7000 | DANIEL C. DECARLO |
| Fax: 702.471.7070 | *Admitted Pro Hac Vice* |
| | California Bar No. 160307 |
| | Dan.DeCarlo@lewisbrisbois.com |
| HARA K. JACOBS | 633 West 5th Street, Suite 4000 |
| *Admitted Pro Hac Vice* | Los Angeles, California 90071 |
| jacobsh@ballardspahr.com | Telephone: 213.250.1800 |
| NOAH S. ROBBINS | Facsimile: 213.250.7900 |
| *Admitted Pro Hac Vice* | |
| robbinsn@ballardspahr.com | GALLIAN WELKER & ASSOCIATES, L.C. |
| 1735 Market Street, 51st Floor | NATHAN E. LAWRENCE |
| Philadelphia, Pennsylvania 19103 | Nevada Bar No. 15060 |
| | nlawrence@vegascase.com |
| | 730 Las Vegas Blvd. S., Suite 104 |
| *Attorneys for Plaintiffs* | Las Vegas, NV 89101 |
| *Smith & Wesson Brands, Inc.,* | |
| *Smith & Wesson Inc.* | *Attorneys for Defendant SW North America, Inc.* |



## ORDER

Having considered the Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The deadlines set forth in the May 29, 2024 Stipulation and Order to Extend Discovery Deadlines [ECF No. 84]; and

2. All proceedings in this action are stayed for a period of sixty (60) days from entry of this Order.

_____
U.S. DISTRICT JUDGE

DATED: August 9, 2024



143923335.2     3     Case No. 2:22-cv-01773-JCM-EJY
STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES