**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Joel.Schwarz@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant SW North America, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SW NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 2:22-cv-01773-JCM-EJY<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |
| AND ALL RELATED CLAIMS | |

Plaintiffs SMITH & WESSON BRANDS, INC. and SMITH & WESSON, INC. ("Plaintiffs") and Defendant SW NORTH AMERICA, INC. ("Defendant"), by and through their respective counsel, hereby submit the following joint status report regarding the settlement in this matter.

As set forth in the Stipulation and Order to Vacate Deadlines and Stay Action Pending Settlement [ECF 85], the parties agreed on key settlement terms in a settlement term sheet dated August 8, 2024. Since that time, the parties have been working toward a written settlement and release agreement which, when completed and executed, will be followed by dismissal of this action.

Counsel for the parties exchanged a near-final draft of a written settlement and release agreement on October 22, 2024. Lead counsel for Plaintiffs will be traveling outside the country from October 23, 2024 through October 30, 2024. The parties therefore anticipate finalizing the

147629762.1

written settlement and release agreement by November 4, 2024, with execution to follow promptly thereafter. The parties further anticipate a stipulation and order for dismissal will be filed by November 22, 2024.

The parties appreciate the Court's continued patience while they complete the settlement process in this action.

Dated: October 23, 2024

**BALLARD SPAHR LLP**

/s/  *Hara K. Jacobs*
JOEL E. TASCA
Nevada Bar No. 14124
tasca@ballardspahr.com
MADELEINE COLES
Nevada Bar No. 16216
colesm@ballardspahr.com
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel: 702.471.7000
Fax: 702.471.7070

HARA K. JACOBS
*Admitted Pro Hac Vice*
jacobsh@ballardspahr.com
NOAH S. ROBBINS
*Admitted Pro Hac Vice*
robbinsn@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103

*Attorneys for Plaintiffs
Smith & Wesson Brands, Inc.,
Smith & Wesson Inc.*

Dated: October 23, 2024

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/  *Joel Z. Schwarz*
JOEL Z. SCHWARZ
Nevada Bar No. 9181
joel.schwarz@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendant SW North America, Inc.*

147629762.1                    2