Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
vigila@ballardspahr.com

Hara K. Jacobs, Esq.
*Admitted Pro Hac Vice*
Noah S. Robbins, Esq.
*Admitted Pro Hac Vice*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

*Attorneys for Plaintiffs Smith & Wesson Brands, Inc., Smith & Wesson Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON INC.<br><br>  Plaintiffs,<br><br>vs.<br><br>SW NORTH AMERICA, INC.,<br><br>  Defendant. | CASE NO.: 2:22-cv-01773-JCM-EJY<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Pursuant to the Settlement Agreement entered into by and among the Parties to this Action, and pursuant to Federal Rule of Civil Procedure 41(a), the Parties hereby stipulate that Plaintiffs' claims against SW North America, Inc. are hereby dismissed with prejudice and SW North America, Inc.'s counterclaim against

/ / /

/ / /

/ / /

/ / /

1 Plaintiffs is likewise dismissed with prejudice. All Parties are to bear their respective
2 attorneys' fees and costs.

| /s/ Abran Vigil | /s/ Joel Schwarz |
|---|---|
| Abran Vigil, Esq. | Joel Z. Schwarz, Esq. |
| Nevada Bar No. 7548 | Nevada Bar No. 9181 |
| Hara K. Jacobs, Esq. | **Lewis Brisbois Bisgaard & Smith LLP** |
| Noah S. Robbins, Esq. | 6385 South Rainbow Boulevard |
| **Ballard Spahr LLP** | Suite 600 |
| 1735 Market Street | Las Vegas, NV 89118 |
| 51st Floor | |
| Philadelphia, PA 19103 | *Attorney for Defendant* |
| | |
| *Attorneys for Plaintiffs* | |

IT IS SO ORDERED.

_____
United States District Judge
Dated: _____

2